# United States District Court

## NORTHERN DISTRICT OF GEORGIA

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta
APR 27 2007
JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA

v.

TRAVIS WALTER CORK

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:07:MJ-450

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 26, 2007 in Fulton County, in the Northern District of Georgia defendant(s) did

threaten to assault, kidnap, or murder, a United States judge with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties and with intent to retaliate against such judge on account of the performance of official duties

in violation of Title 18 United States Code, Section(s) 115(a)(1)(B).

I further state that I am a Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Complainant
Perry C. Meador

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

April 27, 2007                                        at    Atlanta, Georgia
Date                                                          City and State

RUSSELL G. VINEYARD
United States Magistrate Judge                    _____
Name and Title of Judicial Officer                Signature of Judicial Officer
AUSA Zahra S. Karinshak

## AFFIDAVIT

I, Perry C. Meador, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for seven (7) years and ten months. I am currently assigned to the Atlanta, Georgia field office and work on the Violent Crimes/Major Offender Squad, which has the responsibility of investigating, among other things, bank robberies. I make this Affidavit in support of a criminal complaint and arrest warrant for Travis Walter CORK.

2. The following information has been derived from investigation personally conducted by the affiant and based on investigative information received from other law enforcement agents and officers.

3. On April 26, 2007, agents from the Federal Bureau of Investigation were informed of a series of threatening telephone calls received by the staff of United States Magistrate Judge Gerrilyn Brill. In the morning of April 26, 2007, staff members received a telephone call from a person whom identified himself as Travis CORK. CORK requested to speak with Judge Brill about his case, but was informed that Judge Brill was not available. Upon receiving the news, CORK asked the staff member to inform Judge Brill that he "was going to get her ass", and then hung up. CORK then called again, and reiterated the same threat to the staff members, along with additional information that the Judge was in a lot of trouble and that CORK was going to "hunt her down". CORK called Judge

1

1  Brill's chambers several more times, despite being informed not
2  to call again.  After staff members informed CORK not to call
3  the Judge's chambers again, he then began threatening and
4  harassing the staff members who took the calls.  Based on the
5  aforementioned threatening telephone calls, the United States
6  Marshal's Service provided a security officer inside Judge
7  Brill's chambers.
8          4.  Investigation by your affiant and others revealed
9  that Travis Walter CORK, date of birth June 22, 1957, social
10 security number 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, Bureau of Prison's Register Number
11 25217-038, was released from the United States Penitentiary,
12 Atlanta, Georgia, on April 26, 2007.  CORK had been sentenced
13 for a violation of United States Code, Title 18 Section 875,
14 Interstate  Communications  -  Threat  to  Persons,  Northern
15 District of Georgia Case Number 1:04:CR-330, in May 2004.  CORK
16 pleaded guilty for the above listed charge, and was sentenced
17 to five years of probation.  On April 6, 2006, CORK was
18 incarcerated once again for violating his terms of probation,
19 and remained incarcerated on that charge until his release on
20 April 26, 2007.
21         5.  Further investigation by your affiant and others,
22 revealed that the victim in the above-listed case, hereinafter
23 referred to as "the victim," telephoned the Atlanta Division of
24 the Federal Bureau of Investigation, on April 26, 2007, to
25 report that Travis Walter CORK, had recently telephoned her,
26 and threatened the victim.  Specifically CORK asked if the
27 victim knew where the victim's child was located.  CORK then
28 told the victim that he was going to fuck up her world.  CORK

then identified himself as Travis CORK. CORK then told the victim that he was coming to get her. Following the telephone call, the victim believed that the caller was in fact the same person who terrorized the victim in case no. 1:04:CR-330. Officers from the Atlanta Police Department, responded to the victim's home. The victim was extremely frightened at the idea of Travis CORK being in the metro Atlanta Georgia area.

6. Investigators determined that the telephone number used to call Judge Brill's chambers, as well as to call the victim in CORK's prior case, was located inside Piedmont Hospital, 1968 Peachtree Road N.W. Atlanta, Georgia, in the Northern District of Georgia. Records revealed that when CORK was previously arrested, he resided in an apartment located at 2260 Peachtree Street N.W., Atlanta, Georgia. The apartment where he had been known to reside was in close proximity to the hospital in which the aforementioned threatening telephone calls were placed.

7. Records showed that Judge Brill handled a portion of the pretrial proceedings on CORK's prior court case. Namely, Judge Brill conducted CORK's initial appearance on May 28, 2004; conducted a bond hearing where defendant CORK was remanded without bond on June 9, 2004; and remanded defendant CORK to the United States Marshal on June 22, 2004, when bond was established, but not met by CORK.

8. Agents identified Janet Hinerfeld as a point of contact from CORK's release paperwork. Hinerfeld was contacted and verified that she knew of CORK's release and that she was currently at dinner with CORK. CORK was located in a shopping

3

center, adjacent to 2260 Peachtree Street N.W., Atlanta, Georgia. Agents responded to this address and arrested CORK nearby. Hinerfeld was present with CORK at the time of his arrest. Through personal observation of your affiant and others, it was clear that Hinerfeld was upset by being in the presence of CORK. Hinerfeld explained that CORK showed up at her apartment at 2260 Peachtree Street unannounced.

9. CORK identified himself to agents as Travis CORK. He further explained that he had recently been released from the United States Penitentiary, Atlanta, Georgia. CORK described how he was transported to the Richard B. Russell Building, from the Atlanta Penitentiary, escorted to the 9th floor and then escorted from the Russell Building, without any money or anything else. CORK explained that he was angry towards Judge Brill and others about how he was treated, and had wanted answers. CORK then advised Agents that he wanted to talk to an attorney before discussing anything he did.

10. Based on the foregoing, probable cause exists to believe that Travis Walter CORK has violated Title 18 United States Code Section 115(a)(1)(B), threatening to assault, kidnap, or murder, a United States judge with intent to impede, intimidate, and interfere with such judge while engaged in the performance of official duties and with intent to retaliate against such judge on account of the performance of official duties.

4